IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS, Plaintiffs, v. VARIOUS DEFENDANTS, Defendants | 12-60035  This Document Relates to: **Cases on the attached Exhibit "A"** |

## ORDER

This matter coming to be heard on the plaintiffs' on the attached Exhibit "A" Motion to Dismiss Actions Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED** that all defendants in the actions on the attached Exhibit "A" are dismissed without prejudice and without costs. This dismissal affects only the cases listed on Exhibit "A" and no other asbestos cases these plaintiffs may have.

Date: March 12, 2012

_____
Honorable Eduardo C. Robreno

ENTERED
MAR 1 2 2012
CLERK OF COURT

# EXHIBIT A

| Last | First | E.D. PA Case No. |
|---|---|---|
| Bianchi | Adolph | 12-CV-60035 |
| Claypool | Powers | 08-CV-89322 |
| Dunlap | Byrl | 12-CV-60043 |
| Goldman | Donald | 08-CV-88318 |
| Spiegelberg | Lynn | 11-CV-63512 |